Daniel C. Girard (SBN 114826)
Dena C. Sharp (SBN 245869)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com

*Attorneys for Plaintiff Andrew Dohrmann*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA SINOHUI, MICHELE ARENA, JOSEPH BROUGHER, individually and on behalf of all others similarly situated, | Case No. 3:19-cv-02546-CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF ADAM E. POLK** |
| v. | |
| INTUIT, INC., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Adam E. Polk of Girard Sharp LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiff Andrew Dohrmann.

Dated:  May 15, 2019                                Respectfully submitted,

                                                              */s/ Adam E. Polk*
                                                              _____

                                                              Daniel C. Girard (SBN 114826)
                                                              Dena C. Sharp (SBN 245869)
                                                              Jordan Elias (SBN 228731)
                                                              Adam E. Polk (SBN 273000)
                                                              **GIRARD SHARP LLP**
                                                              601 California Street, Suite 1400
                                                              San Francisco, CA 94108
                                                              Telephone: (415) 981-4800
                                                              Facsimile: (415) 981-4846
                                                              dgirard@girardsharp.com
                                                              dsharp@girardsharp.com
                                                              jelias@girardsharp.com
                                                              apolk@girardsharp.com

                                                              *Attorneys for Plaintiff Andrew Dohrmann*

NOTICE OF APPEARANCE
Case No. 3:19-cv-02546-CRB

**CERTIFICATE OF SERVICE**

I hereby certify that May 15, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the foregoing document to be served *via first class mail* on the following:

Eli Greenstein
Kessler Topaz Meltzer & Check, LLP
One Sansome Street
Suite 1850
San Francisco, CA 94104
(415) 400-3000
Fax: (415) 400-3001
Email: egreenstein@ktmc.com

Jenny L Paquette
Kessler Topaz Meltzer Check LLP
One Sansome St
Suite 1850
San Francisco, CA 94104
415-400-3000
Email: jpaquette@ktmc.com

Stacey Marie Kaplan
Kessler Topaz Meltzer & Check, LLP
One Sansome Street
Suite 1850
San Francisco, CA 94104
415-400-3000
Fax: 415-400-3001
Email: skaplan@ktmc.com

Intuit Inc.
c/o Corporation Service Company d/b/a CSC -
Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

H&R Block, Inc.
CT Corporation System
120 South Central Avenue
Clayton, MO 63105

*Counsel for Plaintiff Darleen Allwein*

*/s/ Adam E. Polk*

NOTICE OF APPEARANCE
Case No. 3:19-cv-02546-CRB