1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

*IN RE INTUIT FREE FILE LITIGATION*

This Document Relates To :
All Actions

Master File No. 3:19-cv-02546-CRB

**[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO
RELATE CASES**

On June 28, 2019, Plaintiffs in *Sinohui v. Intuit Inc.*, No. 3:19-cv-02546-CRB filed an Administrative Motion to Relate Cases Pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that *McConnaughey v. Intuit Inc.,* No. 5:19-cv-03745-SVK is related to *Sinohui v. Intuit Inc.*, No. 3:19-cv-02546-CRB. These actions concern substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

*McConnaughey* shall be reassigned to the undersigned judge pursuant to Local Rule 3-12.

The clerk shall place a copy of the Stipulation re Consolidation of Actions and Appointment of Interim Counsel, Dkt. 42, in the *McConnaughey* file and shall serve a copy of the Stipulation on plaintiffs' counsel in *McConnaughey*.

**IT IS SO ORDERED.**

Date:  July 1, 2019

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE