1  Darren K. Cottriel (State Bar No. 184731)
   JONES DAY
2  3161 Michelson Drive
   Suite 800
3  Irvine, CA  92612
   Telephone:   +1.949.851.3939
4  Facsimile:   +1.949.553.7539
   Email:       dcottriel@jonesday.com
5
   Nathaniel P. Garrett (State Bar No. 248211)
6  JONES DAY
   555 California Street, 26th Floor
7  San Francisco, CA  94104
   Telephone:   +1.415.626.3939
8  Facsimile:   +1.415.875.5700
   Email:       ngarrett@jonesday.com
9
   Attorneys for Defendants
10 H&R BLOCK, INC.; HRB TAX GROUP, INC.; and
   HRB DIGITAL LLC
11

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 | *IN RE INTUIT FREE FILE LITIGATION* | Master File No.  **3:19-cv-02546-CRB** |

15 This Document Relates To:
   No. 3:19-cv-02546-CRB (Sinohui)        **DEFENDANTS H&R BLOCK, INC.,**
16                                          **HRB TAX GROUP, INC., AND HRB**
                                            **DIGITAL LLC'S NOTICE OF**
17                                          **RELATED CASE AND**
                                            **ADMINISTRATIVE MOTION TO**
18                                          **CONSIDER WHETHER CASES**
                                            **SHOULD BE RELATED**
19

20

21 PELANATITA OLOSONI, and DEREK          **Case No. 3:19-cv-03610-SK**
   SNARR, on behalf of themselves, the general
22 public, and those similarly situated,

23           Plaintiffs,

24       v.

25 H&R BLOCK, INC., HRB TAX GROUP,
   INC., HRB DIGITAL LLC, and DOES 1
26 THROUGH 50,

27           Defendants.

28

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that a related case, *Olosoni v. H&R Block, Inc.*, Case No. 3:19-

3   cv-03610-SK, was removed to the United States District Court for the Northern District of

4   California (San Francisco Division) on June 21, 2019.  Pursuant to Civil Local Rules 3-12 and 7-

5   11, Defendants H&R Block, Inc., HRB Tax Group, Inc., and HRB Digital LLC ("HRB

6   Defendants") hereby submit this Administrative Motion to Consider Whether Cases Should be

7   Related[1] and respectfully request that the *Olosoni* Action be designated as related to *Sinohui v.*

8   *Intuit, Inc.*, No. 3:19-cv-02546-CRB, the first-filed case in the Consolidated Intuit Free File

9   Litigation.

10                              **LEGAL STANDARD**

11          "Whenever a party knows or learns that an action, filed in or removed to this district is (or

12   the party believes that the action may be) related to an action which is . . . pending in this District

13   as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an

14   Administrative Motion to Consider Whether Cases Should be Related."  Civ. L.R. 3-12(b).

15   Actions are related to each other when "(1) [t]he actions concern substantially the same parties,

16   property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome

17   duplication of labor and expense or conflicting results if the cases are conducted before different

18   Judges."  Civ. L.R. 3-12(a).  Both elements are satisfied here.

19                          **RELATIONSHIP OF THE ACTIONS**

20          The *Olosoni* Action and the *Sinohui* Action, which are both putative class actions, should

21   be related because they involve substantially the same event.  At the core of both Actions are

22   allegations that the defendants—the HRB Defendants in *Olosoni* and Intuit in *Sinohui*—breached

23   an agreement and memoranda of understanding between a consortium of tax preparation

24   providers known as the "Free File Alliance" ("FFA") and the Internal Revenue Service ("IRS") to

25   provide free federal online tax-filing services to eligible taxpayers accessible through an IRS web

---

26   [1]     By filing this administrative motion, the HRB Defendants do not waive any objections to
      the assertion of personal jurisdiction over them, or to venue or forum, and they expressly reserve
27   all of their rights to object to personal jurisdiction, venue, and forum.  The HRB Defendants
      further reserve all of their other rights and defenses, including, but not limited to, those defenses
28   articulated in Fed. R. Civ. P. 12.

page (the "Free File Agreement and MOUs"). Both Actions allege that the defendants are members of FFA. Both Actions also allege causes of action for breach of the Free File Agreement and MOUs and for violations of California's Consumer Legal Remedies Act and Unfair Competition Law. Finally, both Actions will require the Court to interpret the meaning and scope of the Free File Agreement and MOUs. For example, the Court in each Action will be required to determine the rights and obligations of the FFA members under the Free File Agreement and MOUs, as well as whether taxpayers eligible to participate in the "free file" program constitute third-party beneficiaries to the Free File Agreement and MOUs.[2]

As set forth in Civil Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges and the Judges interpret the federal Free File Agreement and MOUs differently. Therefore, it will be more efficient for all cases to proceed before the same Judge.

Indeed, the HRB Defendants are aware of eight cases that concern the same federal Free File Agreement and MOUs as the *Olosoni* Action that have already been related, and are currently pending in front of this Court before a single Judge:

| | CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|---|
| 1. | *Sinohui v. Intuit, Inc.* | 3:19-cv-02546-CRB | May 12, 2019 |
| 2. | *Allwein v. Intuit, Inc.* | 3:19-cv-02567-CRB | May 13, 2019 |
| 3. | *Dohrmann v. Intuit, Inc.* | 3:19-cv-02566-CRB | May 14, 2019 |
| 4. | *Nichols v. Intuit, Inc.* | 3:19-cv-02666-CRB | May 16, 2019 |
| 5. | *Kehiaian v. Intuit, Inc.* | 3:19-cv-02742-CRB | May 20, 2019 |
| 6. | *Leon v. Intuit, Inc.* | 3:19-cv-02878-CRB | May 24, 2019 |
| 7. | *Cook v. Intuit, Inc.* | 3:19-cv-03460-CRB | June 2, 2019 |
| 8. | *McConnaughey v. Intuit, Inc.* | 3:19-cv-03745-CRB | June 27, 2019 |

---

[2] The plaintiffs in both Actions allege that they are third-party beneficiaries of the Free File Agreement and MOUs.

HRB DEFS.' NOT. OF RELATED CASE &
MOT. TO RELATE CASES

1        Given the related nature of these cases and the opportunities for efficiency and judicial

2   economy, the HRB Defendants respectfully request that the Court designate the *Olosoni* Action

3   as related to the *Sinohui* Action.

4   Dated: July 5, 2019                                          JONES DAY

5

6                                                      By: /s/ Darren K. Cottriel
                                                           Darren K. Cottriel
7
                                                      Counsel for Defendants
8                                                     H&R BLOCK, INC.; HRB TAX GROUP,
                                                      INC.; and HRB DIGITAL LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28