IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA SINOHUI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT INC., et al.,<br><br>Defendants. | Case No. 19-cv-02546-CRB<br><br>**ORDER INSTRUCTING PARTIES TO ADDRESS WHETHER COURT SHOULD ISSUE AN ORDER TO SHOW CAUSE** |

The Court hereby directs all prospective class counsel and Defendants to address at the hearing on August 16, 2019, the question of whether this Court should issue an Order to Show Cause whether the Internal Revenue Service is a required party within the meaning of Federal Rule of Civil Procedure 19(a)(1). See CP Nat. Corp. v. Bonneville Power Admin., 928 F.2d 905, 911 (9th Cir. 1991) ("The absence of 'necessary' parties may be raised by reviewing courts sua sponte.").

**IT IS SO ORDERED.**

Dated: August 12, 2019

CHARLES R. BREYER
United States District Judge