1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    BRIANNA SINOHUI, et al.,                    Case No.  19-cv-02546-CRB

9              Plaintiffs,

10        v.                                      **ORDER APPOINTING INTERIM
                                                  CLASS COUNSEL**
11   INTUIT INC., et al.,

12             Defendants.

13

14        On June 14, 2019, this Court issued an Order re Consolidation of Actions and

15   Appointment of Interim Class Counsel (Dkt. 42). That Order instructed attorneys who

16   wished to be considered as interim class counsel pursuant to Federal Rule of Civil

17   Procedure 23(g)(3) to submit applications for consideration. Id. at 2. The Court received

18   six applications (Dkts. 44, 46, 47, 48, 49, 50). The Court held a hearing on the matter on

19   August 16, 2019. Aug. 16, 2019 Minute Entry (Dkt. 69). Having carefully considered the

20   written submissions and the applicants' oral statements, the Court hereby orders as

21   follows.

22        The Court appoints Daniel C. Girard, of Girard Sharp LLP, and Norman E. Siegel,

23   of Stueve Siegel Hanson LLP, as co-lead interim counsel, pursuant to Fed. R. Civ. P.

24   23(g)(3). The Court is confident that Mr. Girard's and Mr. Siegel's experience in cases

25   with similar claims and their work thus far in this matter will enable them to effectively

26   represent and guide the plaintiffs at this stage of litigation.

27        The Court also orders interim counsel to file a consolidated complaint on or before

28   September 13, 2019.

The Court orders Defendants to advise the parties and Court whether they intend to seek arbitration on or before September 27, 2019.

The parties shall appear before the Court for a status conference on October 4, 2019, at 10:00 am.

**IT IS SO ORDERED.**

Dated: August 19, 2019



CHARLES R. BREYER
United States District Judge