1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE INTUIT FREE FILE LITIGATION*<br><br>This Document Relates To :<br>All Actions | Master File No. 3:19-cv-02546-CRB<br><br>[PROPOSED] **ORDER CONSOLIDATING CASES** |

On June 14, 2019, this Court issued an Order re Consolidation of Actions and Appointment of Interim Counsel (Dkt. 42). Pursuant to Fed. R. Civ. P. 42(a), that Order consolidated for all pre-trial purposes all "action[s] arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District." Following the consolidation order, on June 24, 2019, this Court related *Cook v. Intuit, Inc.*, 19-cv-03460 to the current case (Dkt. 51). On July 1, 2019, the Court related *McConnaughey v. Intuit Inc.*, 19-cv-03745 to the current case (Dkt. 60).

Based on the foregoing, the Court ORDERS that *Cook*, 19-cv-03460, and *McConnaughey*, 19-cv-03745, are consolidated with the current case. The clerk is directed to administratively close *Cook* and *McConnaughey*.

**IT IS SO ORDERED.**

Date: August 20, 2019

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE