RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
CRYSTAL A. NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTUIT FREE FILE LITIGATION<br><br>This Document Relates to: All Actions | Master File No.: 3:19-cv-02546-CRB<br><br>**DECLARATION OF JAIMZ DAVIS IN SUPPORT OF DEFENDANT INTUIT INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:  December 13, 2019<br>Time:  10:00 a.m.<br>Ctrm:  6, 17th Floor<br>Judge: Hon. Charles R. Breyer<br><br>Date Action Filed: May 1, 2019 |

# DECLARATION OF JAIMZ DAVIS

I, Jaimz Davis, declare as follows:

1. I am over eighteen years of age. I make this declaration based on my personal knowledge and records that Intuit Inc. ("Intuit") keeps in the ordinary course of business, and I am competent to testify to the matters stated here. I submit this declaration in support of Defendant Intuit Inc.'s Motion to Compel Arbitration, which is being filed concurrently herewith.

2. I am a Senior Application Operations Engineer at Intuit. I have worked in that role since February 2012. As a Senior Application Operations Engineer, I am a member of the team responsible for the maintenance and administration of the Electronic Filing Engine (EFE).

3. Based on my job responsibilities and my review of Intuit's business records, I am familiar with Intuit's users' account login and tax filing histories.

## Plaintiffs' Account Login and Tax Filing Histories

4. I understand the five named plaintiffs in this action to be Andrew Dohrmann, Laura Nichols, Brianna Sinohui, Joseph Brougher, and Monica Chandler.

5. It is my understanding that all five named plaintiffs claim that they were TurboTax customers in Tax Year 2018.

6. I reviewed Intuit's records (which are kept in the ordinary course of business) regarding the purchase and tax filing histories related to the five named plaintiffs. I was able to confirm from these records the following:

    a. Mr. Dohrmann was a TurboTax customer in Tax Year 2018, Tax Year 2017, Tax Year 2016, and Tax Year 2015.

    b. Ms. Nichols was a TurboTax customer in Tax Year 2018 and Tax Year 2017.

    c. Mr. David Sinohui was a TurboTax customer in Tax Year 2018, Tax Year 2017, and Tax Year 2016. Mr. and Ms. Sinohui filed joint tax returns in Tax Year 2018 and Tax Year 2017.

    d. Mr. Brougher was a TurboTax customer in Tax Year 2018, Tax Year 2017, Tax Year 2016, and Tax Year 2015.

  e. Mr. Chandler was a TurboTax customer in Tax Year 2018, Tax Year 2017, Tax Year 2016, and Tax Year 2015.

7. I reviewed Intuit's records relating to Tax Year 2018 (which are kept in the ordinary course of business) regarding the account sign in and tax filing histories related to the five named plaintiffs.

  a. On April 14, 2019, an account user ID associated with Mr. Dohrmann's account reset his account's password on the "Account Recovery" page on the Intuit TurboTax website and logged into his account. An account user ID associated with Mr. Dohrmann's account was used to file Mr. Dorhmann's taxes through TurboTax Online on April 14, 2019.

  b. An account user ID associated with Ms. Nichols' account was used to login to her account on the "Sign In" page on the Intuit TurboTax website, located at https://myturbotax.intuit.com, on January 30, 2019, February 1, 2019, and February 4, 2019. An account user ID associated with Ms. Nichols' account was used to file Ms. Nichols' taxes through TurboTax Online on January 30, 2019.

  c. An account user ID associated with Mr. Sinohui's account was used to login to his account on the "Sign In" screen on the TurboTax Mobile App on an Android device on January 13, 2019, January 27, 2019, January 28, 2019, January 29, 2019, January 31, 2019, February 2, 2019, February 9, 2019, February 10, 2019, February 11, 2019, February 12, 2019, February 14, 2019, February 16, 2019, February 18, 2019, February 19, 2019, February 20, 2019, February 21, 2019, and February 22, 2019. An account user ID associated with Mr. Sinohui's account was used to login to his account on the "Sign In" page on the Intuit TurboTax website, located at https://myturbotax.intuit.com, on February 13, 2019. An account user ID associated with Mr. Sinohui's account was used to file Mr. and Ms. Sinohui's joint taxes through the TurboTax Mobile App for Android on

January 27, 2019.

    d. An account user ID associated with Mr. Brougher's account was used to login to his account on the "Sign In" page on the Intuit TurboTax website, located at https://myturbotax.intuit.com, on January 22, 2019, January 26, 2019, and February 4, 2019. An account user ID associated with Mr. Brougher's account was used to file Mr. Brougher's taxes through TurboTax Online on January 26, 2019.

    e. An account user ID associated with Ms. Chandler's account was used to login to her account on the "Sign In" page on the Intuit TurboTax website, located at https://myturbotax.intuit.com, on March 2, 2019, March 3, 2019, March 6, 2019, March 15, 2019, April 1, 2019, and April 7, 2019. An account user ID associated with Ms. Chandler's account was used to file Ms. Chandler's taxes through TurboTax Online on March 2, 2019.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on October 24, 2019.

_____
Jaimz Davis