RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
CRYSTAL A. NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTUIT FREE FILE LITIGATION<br><br>This Document Relates to: All Actions | Master File No.: 3:19-cv-02546-CRB<br><br>**DECLARATION OF ERGANG SUN IN SUPPORT OF DEFENDANT INTUIT INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: December 13, 2019<br>Time: 10:00 a.m.<br>Ctrm: 6, 17th Floor<br>Judge: Hon. Charles R. Breyer<br><br>Date Action Filed: May 1, 2019 |

# DECLARATION OF ERGANG SUN

I, Ergang Sun, declare as follows:

1. I am over eighteen years of age. I make this declaration based on my personal knowledge and records that Intuit Inc. ("Intuit") keeps in the ordinary course of business, and I am competent to testify to the matters stated here. I submit this declaration in support of Defendant Intuit Inc.'s Motion to Compel Arbitration, which is being filed concurrently herewith.

2. I am a TurboTax Software Engineering Manager at Intuit. I have worked in that role since September 2019. Prior to that, from November 2016 to September 2019, I was an Identity Software Engineering Manager at Intuit. Prior to that, I was a software engineer at Intuit since March 2012. In my previous role as an Identity Software Engineering, I ran the authentication experiences team that is responsible for maintaining the Sign-In and Sign-Up experiences for Intuit Products.

3. Based on my job responsibilities and my review of Intuit's business records, I am familiar with Intuit's agreements across the various Intuit products and services and the processes by which Intuit's users are presented with and agree to accept Intuit's applicable agreements, including those for Intuit's TurboTax-related products and services.

**The TurboTax Online Terms of Service Acceptance Process: January—March 2019**

4. Before a user can use the TurboTax Online ("TTO") tax preparation and filing services, the user is required to login to an existing account (if s/he is a returning user) or go through a sign-up and registration process (if s/he is a new user). In either process, and as described in further detail below, the user must affirmatively agree to Intuit's applicable license agreement in order to proceed.

5. Specifically, if the user is an existing TTO user, s/he is presented with a "Sign In" page on which s/he can enter his or her user ID and password. The "Sign In" page, which is depicted below as it was presented to users in January – March 12, 2019, is available at the URL: https://myturbotax.intuit.com. This "Sign in" page notifies the user immediately below the blue "Sign In" button, that "*By clicking Sign In, you agree to the* Turbo Terms of Use, TurboTax Terms of Use *and have read and acknowledge our* Privacy Statement." (Italics and blue font type

in original.)

[Screenshot of Intuit Sign In page showing the Intuit logo with turbotax, quickbooks, and mint product icons; Sign In heading with text "One account. Everything Intuit. Sign in to your Intuit account to access all our products including TurboTax. Learn more"; User ID field showing "Please enter a valid user ID." error; Password field; Remember me checkbox (checked); Sign In button; text "By clicking Sign In, you agree to the Turbo Terms of Use, TurboTax Terms of Use and have read and acknowledge our Privacy Statement."; "I forgot my user ID or password"; "New to Intuit? Create an account."; footer "Invisible reCAPTCHA by Google Privacy Policy and Terms of Use"; "Legal Privacy Security"]

6. The term "*TurboTax Terms of Use*" on this page (as reflected by its blue font type) is hyperlinked text that the user could click on to go to a copy of the "Intuit Terms of Service for TurboTax Online Tax Preparation Services – Tax Year 2018" (the "TERMS"), located at https://turbotax.intuit.com/corp/license/online.jsp. Attached as **Exhibit 1** is a true and correct

| | |
|---|---|
| 1 | copy of the TERMS.  This is the Intuit agreement that would have been presented to the user |
| 2 | when clicking on the "*TurboTax Terms of Use*" hyperlink during Tax Year 2018. |
| 3 | 7.     The process described in Paragraphs 5-6 above is similar for a new TTO user. |
| 4 | 8.     Specifically, if the user is a new TTO user, on the "Sign In" form on the TurboTax |
| 5 | website depicted in paragraph 5 above, s/he is presented with an option to "Create an account," |
| 6 | which is in blue, hyperlinked text.  If the user clicks on "Create an account," s/he is presented |
| 7 | with an account creation page on which s/he can create a TurboTax account by providing an |
| 8 | email address and by selecting a user ID, providing a phone number (optional but recommended) |
| 9 | and selecting a password.  The "Create your account" page, which is depicted below as it was |
| 10 | presented to users in January – March 12, 2019 is available at the URL: |
| 11 | https://myturbotax.intuit.com/sign-up/. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

[Screenshot of Intuit "Create your account" page showing Intuit logo, TurboTax/QuickBooks/Mint logos, heading "One Account. Everything Intuit.", form fields for Email address, User ID, Phone (recommended), Password, a blue "Create Account" button, and the text "By clicking Create Account, you agree to the Turbo Terms of Use, TurboTax Terms of Use and have read and acknowledge our Privacy Statement." with "Invisible reCAPTCHA by Google Privacy Policy and Terms of Use." at the bottom.]

9. This "Create your account" page notifies the user immediately below the blue "Create Account" button, that "*By clicking Create Account, you agree to the Turbo Terms of Use, TurboTax Terms of Use and have read and acknowledge our Privacy Statement.*" (Italics and blue font type in original.). The term "*TurboTax Terms of Use*" on this "Create your account" page is hyperlinked text that the user could click on to go to a copy of the TERMS.

10. If a user forgets his or her user ID or password, he or she may click "I forgot my user ID or password," located at the bottom of the "Sign In" page. (Blue font in original.) The

DECL. OF ERGANG SUN ISO DF'S
MOTION TO COMPEL ARBITRATION

4

CASE NO.: 3:19-cv-02546-CRB

phrase "I forgot my user ID or password" is hyperlinked text that the user can click on to go to the "Account Recovery" page, which is available at the URL: https://myturbotax.intuit.com/account-recovery/?.

11. The "Account Recovery" page, which is depicted below as it was presented to users in January through March 12, 2019, allows a user to create a new password. "The Account Recovery" page also notifies the user immediately below the blue "Continue" button, that "*By clicking Continue, you agree to the* Turbo Terms of Use, TurboTax Terms of Use *and have read and acknowledge our* Privacy Statement." (Italics and blue font type in original.)



12. The term "TurboTax Terms of Use" on this page (as reflected by its blue font type) is hyperlinked text that the user could click on to go to a copy of the TERMS.

13. While paragraphs 5-12 described above reflect how these pages were presented to

customers in January through March 12, 2019, the process for logging into an existing TTO account or creating a new TTO account was substantially similar from Tax Year 2015 through Tax Year 2017.

**The TurboTax Online Terms of Service Acceptance Process: March 2019—Tax Year 2018**

14. As depicted below, on March 12, 2019, the "Sign In" page was modified so that a user could enter his or her telephone number, email, or user ID. This "Sign in" page notifies the user immediately below the blue "Sign In" button, that "*By clicking Sign In, you agree to the TurboTax Terms of Service, Turbo Terms of Use and have read and acknowledge our Privacy Statement.*" (Italics and blue font type in original.)



15. The term "*TurboTax Terms of Service*" on this page (as reflected by its blue font type) is hyperlinked text that the user could click on to go to a copy of the TERMS.

16. The process described in Paragraphs 14-15 above is similar for a new TTO user.

17. Specifically, if the user is a new TTO user, on the "Sign In" form on the TurboTax website depicted in paragraph 14 above, s/he is presented with an option to "Create an account," which is in blue, hyperlinked text. If the user clicks on "Create an account," s/he is presented with an account creation page on which s/he can create a TurboTax account by providing an email address and by selecting a user ID, providing a phone number (optional but recommended) and selecting a password. The "Create your account" page, which is depicted below as it was presented to users from March 12, 2019, through the remainder of Tax Year 2018 is available at the URL: https://myturbotax.intuit.com/sign-up/.



18. This "Create your account" page notifies the user immediately below the blue "Create Account" button, that "*By clicking Create Account, you agree to the TurboTax Terms of Service, Turbo Terms of Use and have read and acknowledge our Privacy Statement.*" (Italics and blue font type in original.). The term "*TurboTax Terms of Service*" on this "Create your account" page is hyperlinked text that the user could click on to go to a copy of the TERMS.

19. If a user forgets his or her phone number, email, or user ID, he or she may click "Try something else," located at the bottom of the "Sign In" page. (Blue font in original.) The phrase "Try Something else" is hyperlinked text that the user can click on to go to the "Account Recovery Start with PII" page, which is available at the URL: https://myturbotax.intuit.com/account-recovery/?iux_start_with_pii=true&iux_known_device=false&iux_identifier_first=true.

20. The "Account Recovery Start with PII" page, which is depicted below as it was presented to users from March 12, 2019, through the remainder of Tax Year 2018, allows a user to enter his or her last name, date of birth, social security number, and zip code. "The Account Recovery Start with PII" page also notifies the user immediately below the blue "Continue" button, that "*By clicking Continue, you agree to our Terms of Service and have read and acknowledge our Privacy Statement.*" (Italics and blue font type in original.)

[Screenshot of Intuit account recovery form with fields for Last name, Date of birth, Social Security number, ZIP code, Back and Continue buttons, and text: "By clicking Continue, you agree to our Terms of Service and have read and acknowledge our Privacy Statement."]

21. The term "*Terms of Service*" on this page (as reflected by its blue font type) is hyperlinked text that the user could click on to go to a copy of the TERMS.

22. Once a user enters the requested information and clicks "Continue," a user is taken to the "Account Recovery" page. The "Account Recovery" page, which is depicted below as it was presented to users from March 12, 2019, through the remainder of Tax Year 2018, allows a user to create a new password. The "Account Recovery" page also notifies the user immediately below the blue "Continue" button, that "*By clicking Continue, you agree to the TurboTax Terms of Service, Turbo Terms of Use and have read and acknowledge our Privacy Statement.*"



23. The term "*TurboTax Terms of Service*" on this page (as reflected by its blue font type) is hyperlinked text that the user could click on to go to a copy of the TERMS.

24. During the entire Tax Year 2018, at the bottom of the TurboTax website, located at https://turbotax.intuit.com, the term "Software and Licenses" is also hyperlinked text that the user can click on to go to the Intuit TurboTax "License Agreements" page, located at https://turbotax.intuit.com/corp/softwarelicense.jsp. On this "License Agreements" page, Intuit provides the various TurboTax agreements by Tax Year, including the user agreement for TurboTax's Online Software and Services. Each of these agreements are hyperlinked (again, as is reflected by their blue font) so that if a user clicks on the hyperlinked text, s/he is presented with a copy of that particular agreement. The TERMS is the user agreement that would have been presented to the user when clicking on the "TurboTax® User Agreement — Online Software and Services" hyperlink for Tax Year 2018 on the License Agreements page during Tax Year 2018.

## License Agreements

### Tax Year 2018

- TurboTax® User Agreement — Desktop Software and Services
- TurboTax® User Agreement — Online Software and Services
- Audit Defense Membership Agreement
- 1-Year Audit Defense Membership Agreement
- TurboTax® TaxCaster User Agreement
- Full Identity Restoration and Identity Theft Monitoring Services Agreement
- TurboTax® Live Tax Advice Agreement
- Refund Advance State Licenses

### Tax Year 2017

- TurboTax® User Agreement — Desktop Software and Services
- TurboTax® User Agreement — Online Software and Services

**The TurboTax Online Terms of Service Acceptance Process on the TurboTax Mobile App**

25. In addition to the processes described above, Intuit offers TurboTax Mobile Products, including the TurboTax Mobile App, which a user can download from the App Store for use on an iPhone or from Google Play for use on an Android device. Like the sign-in processes described above, before a user can use the TurboTax Online tax preparation and filing services through the TurboTax Mobile App, the user is required to login to an existing account (if s/he is a returning user) or go through a sign-up and registration process (if s/he is a new user). In either process, and as described in further detail below, the user must affirmatively agree to Intuit's applicable license agreement in order to proceed.

26. Specifically, if the user is an existing TTO user, s/he is presented with a "Sign In" screen on which s/he can enter his or her user ID and password. The "Sign In" page as it was presented to users during Tax Season of Tax Year 2018 using the TurboTax Mobile App on an Android device is depicted below:



27. This "Sign in" screen notifies the user immediately below the blue "SIGN IN" button, that "By tapping Sign In, you agree to our License Agreement and Privacy Statement." (Blue font type in original.)

28. The term "License Agreement" on this screen (as reflected by its blue font type) is hyperlinked text that the user could click on to be presented with a copy of the TERMS.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on October 25, 2019.

*Eric Sun*

Ergang Sun