1    RODGER R. COLE (CSB No. 178865)
     rcole@fenwick.com
2    CRYSTAL A. NWANERI (CSB No. 318955)
     cnwaneri@fenwick.com
3    FENWICK & WEST LLP
     801 California Street
4    Mountain View, CA  94041
     Telephone:     650.988.8500
5    Facsimile:     650.938.5200

6    LAURENCE F. PULGRAM (CSB No. 115163)
     lpulgram@fenwick.com
7    TYLER G. NEWBY (CSB No. 205790)
     tnewby@fenwick.com
8    MOLLY R. MELCHER (CSB No. 272950)
     mmelcher@fenwick.com
9    ARMEN N. NERCESSIAN (CSB No. 284906)
     anercessian@fenwick.com
10   FENWICK & WEST LLP
     555 California Street, 12th Floor
11   San Francisco, CA  94104
     Telephone:     415.875.2300
12   Facsimile:     415.281.1350

13   Attorneys for Defendant
     INTUIT INC.
14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19   IN RE INTUIT FREE FILE LITIGATION          | Master File No.: 3:19-cv-02546-CRB

20   This Document Relates to:  All Actions      | **DECLARATION OF MOLLY**
                                                   **MELCHER IN SUPPORT OF**
21                                                 **DEFENDANT INTUIT INC.'S**
                                                   **MOTION TO COMPEL**
22                                                 **ARBITRATION**

23                                                 Date:    December 13, 2019
                                                   Time:    10:00 a.m.
24                                                 Ctrm:   6, 17th Floor
                                                   Judge:  Hon. Charles R. Breyer
25
                                                   Date Action Filed:  May 1, 2019
26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

DECL. OF MOLLY MELCHER ISO DF'S                              CASE NO.: 3:19-cv-02546-CRB
MOTION TO COMPEL ARBITRATION

FENWICK & WEST LLP
ATTORNEYS AT LAW

1

## DECLARATION OF MOLLY MELCHER

2      I, Molly Melcher, declare as follows:

3      1.      I am an attorney licensed to practice law in the State of California and am an

4   associate at Fenwick & West LLP.  I have personal knowledge of the matters stated below.  I

5   submit this declaration in support of Defendant Intuit Inc.'s Motion to Compel Arbitration, which

6   is being filed concurrently herewith.

7      2.      Attached hereto as **Exhibit A** is a true and correct copy of the request for

8   voluntary dismissal of the class action complaint filed in *Callaway v. Intuit Inc.*, No.

9   19CV354484 (Santa Clara Superior Court) on October 21, 2019.

10      3.      Numerous petitions for arbitration have been instituted with the AAA asserting

11   similar claims to the ones here.  Attached hereto as **Exhibit B** is a true and correct redacted copy

12   of an example of one such petition for arbitration filed with the AAA against Intuit.

13      I declare under penalty of perjury that the foregoing is true and correct and this declaration

14   was executed on October 28, 2019.

15      */s/ Molly Melcher*
       Molly Melcher

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MOLLY MELCHER ISO DF'S          1          CASE NO.: 3:19-cv-02546-CRB
MOTION TO COMPEL ARBITRATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

**ATTESTATION REGARDING CONCURRENCE**

I, Laurence F. Pulgram, am the ECF User whose ID and password are being used to file this Declaration of Molly Melcher in Support of Defendant Intuit Inc.'s Motion to Compel Arbitration.  In compliance with Local Rule 5-1, I hereby attest that other counsel whose e-signature appears above has concurred with this filing.

Dated:    October 28, 2019          *s/ Laurence F. Pulgram*
                                                          Laurence F. Pulgram

DECL. OF MOLLY MELCHER ISO DF'S              2              CASE NO.: 3:19-cv-02546-CRB
MOTION TO COMPEL ARBITRATION