# EXHIBIT B



**DEMAND FOR ARBITRATION**
**CONSUMER ARBITRATION RULES**

Complete this form to start arbitration under an arbitration agreement in a contract.

| | |
|---|---|
| 1. Which party is sending in the filing documents? *(check one)* ☑ Consumer ☐ Business | |
| 2. Briefly explain the dispute: TurboTax is the nation's leading provider of online tax filing services. Since 2002, TurboTax has committed to the IRS to provide free online tax filing for low-earning taxpayers in exchange for the IRS agreeing not to provide competing online tax filing services. Claimant Aaron Hammond was eligible for free filing through TurboTax's Free File Program. Although TurboTax knew that Claimant was eligible for the Free File program, TurboTax did not make Claimant aware of that program. Instead, TurboTax channeled Claimant into its paid products by offering those products to Claimant while omitting any reference on its website to the Free File program. Furthermore, TurboTax knowingly, intentionally, and willfully misled Claimant by fraudulently representing that Claimant was not eligible for free online tax filing through TurboTax. TurboTax's fraud was particularly egregious because TurboTax repeatedly took advantage of millions of low-income taxpayers like Claimant, in violation of the commitment TurboTax made to the IRS in order to prevent the IRS from offering its own free service. TurboTax's conduct constitutes fraud and unjust enrichment at common law. | |
| 3. Specify the amount of money in dispute: $4250. Claimant reserves the right to amend the amount in controversy following discovery. | |
| 4. State any other relief you are seeking: ☑ Attorney Fees ☑ Interest ☑ Arbitration Costs ☑ Other; explain: punitive damages and injunctive relief | |
| 5. Identify the requested city and state for the hearing if an in-person hearing is held: City:                                                                 State: | |
| 6. Please provide contact information for both the Consumer and the Business. Attach additional sheets or forms as needed. | |

**Consumer:**

| Name: ▇▇▇▇▇▇ | | |
|---|---|---|
| Address: ▇▇▇▇▇▇ | | |
| City: ▇▇ | State: ▇▇ | Zip Code: ▇▇ |
| Telephone: ▇▇▇ | Fax: | |
| Email Address: ▇▇▇▇▇ | | |

**Consumer's Representative:**

| Name: Warren Postman | | |
|---|---|---|
| Firm: Keller Lenkner LLC | | |
| Address: 1300 I Street N.W., Suite 400E | | |
| City: Washington | State: D.C. | Zip Code: 20005 |
| Telephone: 2027418334 | Fax: | |
| Email Address: wdp@kellerlenkner.com | | |

**Business:**

| Name: TurboTax, Intuit Inc. | | |
|---|---|---|
| Address: 2800 E Commerce Center Place | | |
| City: Tucson | State: Arizona | Zip Code: 85706 |
| Telephone: 5209013000 | Fax and Email Address: Unknown to Claimant | |

American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
https://www.adr.org | AAA Customer Service 1-800-778-7879