Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Aaron Blumenthal (SBN 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
ab@classlawgroup.com

*Attorneys for Plaintiffs Laura Nichols and Brianna Sinohui*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE INTUIT FREE FILE LITIGATION*<br><br>This Document Relates To:<br>All Actions | Case No. 3:19-cv-02546-CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF PLAINTIFFS LAURA NICHOLS AND BRIANNA SINOHUI PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Laura Nichols and Brianna Sinohui hereby voluntarily dismiss their claims against Defendant Intuit Inc. without prejudice. Plaintiffs Nichols and Sinohui have been unable to meet the time-sensitive demands and burdens of the litigation. Defendant has not served an answer or motion for summary judgment in their case, and Plaintiffs have not filed a motion for class certification. Therefore, dismissal without prejudice is appropriate without a court order. Fed. R. Civ. P. 41(a)(1) (permitting unilateral voluntary dismissal without court approval until Defendant files an answer or a motion for summary judgment); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for certified classes). Plaintiffs' dismissal is without prejudice to participate and/or recover as a class member in this action.

Dated: January 2, 2020

Respectfully submitted,

By:   /s/ *Eric Gibbs*

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Aaron Blumenthal (SBN 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
ab@classlawgroup.com

*Attorneys for Plaintiffs Laura Nichols and Brianna Sinohui*