1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  CRYSTAL A. NWANERI (CSB No. 318955)
   cnwaneri@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:     650.988.8500
5  Facsimile:     650.938.5200

6  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
7  TYLER G. NEWBY (CSB No. 205790)
   tnewby@fenwick.com
8  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
9  ARMEN N. NERCESSIAN (CSB No. 284906)
   anercessian@fenwick.com
10 FENWICK & WEST LLP
   555 California Street, 12th Floor
11 San Francisco, CA  94104
   Telephone:     415.875.2300
12 Facsimile:     415.281.1350

13 Attorneys for Defendant
   INTUIT INC.
14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18

| | |
|---|---|
| IN RE INTUIT FREE FILE LITIGATION<br><br>This Document Relates to:  All Actions | Master File No.: 3:19-cv-02546-CRB<br><br>**DEFENDANT INTUIT INC.'S NOTICE OF APPEAL**<br><br>Date Action Filed: May 1, 2019 |

1   TO:   PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2   NOTICE IS HEREBY GIVEN that Intuit Inc. ("Intuit"), defendant in the above-named case,

3   hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order

4   Denying Motion To Compel Arbitration entered in this action on March 12, 2020 (Dkt. No. 141,

5   the "Order"), and all portions of such Order.  The fees have been paid for appeal.  This is not a

6   cross-appeal and there has been no previous appeal in this matter. The Order is immediately

7   appealable under the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(B).

11  Dated:   March 17, 2020                    FENWICK & WEST LLP

12                                             By: */s/Laurence F. Pulgram*
13                                                 Laurence F. Pulgram

14                                             Attorneys for Defendant INTUIT INC.

## **RULE 3-2 REPRESENTATION STATEMENT**

The undersigned represents Intuit Inc., defendant and appellant in this matter, and no other party. The following is a list of all of the parties to the action and the information regarding their counsel. *See* F.R.A.P. 12(b); Ninth Circuit Rule 3-2(b).

**Defendant Intuit Inc.:**

Rodger R. Cole
rcole@fenwick.com
Crystal A. Nwaneri
cnwaneri@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Laurence F. Pulgram
lpulgram@fenwick.com
Tyler G. Newby
tnewby@fenwick.com
Molly R. Melcher
mmelcher@fenwick.com
Armen N. Nercessian
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

**Plaintiffs Andrew Dohrmann, Joseph Brougher, and Monica Chandler:**

Daniel C. Girard
Simon S. Grille
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
aornelas@girardsharp.com
sgrille@girardsharp.com

Norman E. Siegel (pro hac vice)
J. Austin Moore (pro hac vice)
Jillian R. Dent (pro hac vice)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

1  siegel@stuevesiegel.com
   moore@stuevesiegel.com
2  dent@stuevesiegel.com

3  Dated:   March 17, 2020                FENWICK & WEST LLP

4                                         By: */s/Laurence F. Pulgram*
                                               Laurence F. Pulgram
5
                                           Attorneys for Defendant INTUIT INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28