IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE ARENA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTUIT INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02546-CRB<br><br>**ORDER RE AMICUS BRIEFS** |

　　Any motion for leave to file an amicus brief relating to the Motion for Preliminary Approval (dkt. 162) is due on or before November 30, 2020 and must include the proposed amicus brief. Any response to such a motion is due on or before December 7, 2020. This order does not affect the deadlines relating to Mr. Postman's potential Motion to Intervene. See Minute Entry (dkt. 164).

　　**IT IS SO ORDERED.**

　　Dated: November 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge