MICHAEL N. FEUER, Los Angeles City Attorney (SBN 111529)
Kathleen Kenealy, Chief Deputy City Attorney (SBN 212289)
Michael J. Bostrom, Assistant City Attorney (SBN 211778)
Danielle L. Goldstein, Deputy City Attorney (SBN 257486)
Adam R. Teitelbaum, Deputy City Attorney (SBN 310565)
OFFICE OF THE LOS ANGELES CITY ATTORNEY
200 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1868
Facsimile: (213) 978-2286
Email: danielle.goldstein@lacity.org

*Attorneys for Amicus Curiae*
LOS ANGELES CITY ATTORNEY'S OFFICE

JAMES R. WILLIAMS, Santa Clara County Counsel (SBN 271253)
Greta S. Hansen, Chief Assistant County Counsel (SBN 251471)
Tony LoPresti, Assistant County Counsel (SBN 289269)
Aaron Bloom, Deputy County Counsel (SBN 281079)
Susan P. Greenberg, Deputy County Counsel (SBN 318055)
Zoe E. Friedland, Deputy County Counsel (SBN 319986)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: susan.greenberg@cco.sccgov.org

*Attorneys for Amicus Curiae*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE INTUIT FREE FILE LITIGATION | Case No. 3:19-cv-02546-CRB<br><br>**THE OFFICE OF THE LOS ANGELES CITY ATTORNEY AND THE OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA'S NOTICE AND MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AND PARTICIPATE IN ARGUMENT AND MEMORANDUM IN SUPPORT THEREOF**<br><br>Date: December 17, 2020<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

**TABLE OF CONTENTS**

TABLE OF AUTHORITIES ................................................................................................... ii
NOTICE OF MOTION .......................................................................................................... 1
STATEMENT OF ISSUES TO BE DECIDED .................................................................... 3
MEMORANDUM ................................................................................................................... 3
      I.     INTRODUCTION ............................................................................... 3
      II.    ARGUMENT ....................................................................................... 4
      III.   CONCLUSION ................................................................................... 6

i

THE OFFICES OF THE LOS ANGELES CITY ATTORNEY AND COUNTY COUNSEL, COUNTY OF SANTA CLARA'S
NOTICE, MOT., & MEMO ISO LEAVE TO FILE BRIEF OF AMICI CURIAE AND PARTICIPATE IN ARGUMENT
No. 3:19-cv-02546-CRB

# TABLE OF AUTHORITIES

Page

**Cases**

*Figueroa v. Sharper Image Corp.*, 517 F. Supp. 2d 1292 (S.D. Fla. 2007) ...................................... 4

*Hoptowit v. Ray*, 682 F.2d 1237 (9th Cir. 1982) ............................................................................. 4

*NGV Gaming, Ltd. v. Upstream Point Molate, Ltd. Liab. Co.*,
    355 F. Supp. 2d 1061  (N.D. Cal. 2005) ..................................................................................... 4

*Staton v. Boeing Co.*, 327 F.3d 938 (9th Cir. 2003) ........................................................................ 5

*Wilson v. DirectBuy, Inc.*, No. 3:09-CV-590, 2011 WL 2050537 (D. Conn. May 16, 2011) ........... 4

**Other Authorities**

4 Newberg on Class Actions § 13:26 (5th ed. 2020) ........................................................................ 4

Barbara J. Rothstein and Thomas E. Willging, Federal Judicial Center, Managing Class Action
    Litigation: A Pocket Guide for Judges (3d ed. 2010) .................................................................. 4

ii

THE OFFICES OF THE LOS ANGELES CITY ATTORNEY AND COUNTY COUNSEL, COUNTY OF SANTA CLARA'S
NOTICE, MOT., & MEMO ISO LEAVE TO FILE BRIEF OF AMICI CURIAE AND PARTICIPATE IN ARGUMENT
No.  3:19-cv-02546-CRB

# NOTICE OF MOTION

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on December 17, 2020 at 10:00 a.m. in Courtroom 6 of the above-entitled court, amici curiae the Office of the Los Angeles City Attorney and Office of the County Counsel, County of Santa Clara, will and hereby do move this Court, pursuant to the Court's inherent authority, to permit them to file the attached [Proposed] Amicus Brief Opposing Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 162) and to participate in the hearing on Plaintiffs' Motion, currently set for December 17, 2020. This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities and Proposed Brief, the pleadings and papers on file in this action, and any further evidence or argument that may be presented at or before the hearing on this motion.

Respectfully submitted,

Dated: November 30, 2020

OFFICE OF THE LOS ANGELES CITY ATTORNEY

By:    */s/ Danielle L. Goldstein*
MICHAEL N. FEUER (SBN 111529)
Los Angeles City Attorney
Kathleen Kenealy (SBN 212289)
Michael J. Bostrom (SBN 211778)
Danielle L. Goldstein (SBN 257486)
Adam R. Teitelbaum (SBN 310565)*
200 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1868
Email: danielle.goldstein@lacity.org

*N.D. Cal. admission pending*

*Attorneys for Amicus Curiae*
LOS ANGELES CITY ATTORNEY'S OFFICE

*/s/ Susan P. Greenberg*
JAMES R. WILLIAMS (SBN 271253)
Greta S. Hansen (SBN 251471)
Tony LoPresti (SBN 289269)
Aaron Bloom (SBN 281079)
Susan P. Greenberg (SBN 318055)
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770

1

Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email:  susan.greenberg @cco.sccgov.org

*Attorneys for Amicus Curiae*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA

**STATEMENT OF ISSUES TO BE DECIDED**

Should the Court grant the unopposed request of the Offices of the Los Angeles City Attorney and County Counsel, County of Santa Clara, for leave to submit the attached [Proposed] Amicus Brief opposing Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 162)?

Should the Court permit the Offices of the Los Angeles City Attorney and County Counsel, County of Santa Clara to participate in the argument on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 162)?

**MEMORANDUM**

### I.   INTRODUCTION

This Court should grant the unopposed motion of the Offices of the Los Angeles City Attorney and County Counsel, County of Santa Clara, for leave to submit the attached [Proposed] Amicus Brief opposing Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 162).[1]  It should also grant amici leave to participate in the argument on that Motion, currently set for December 17, 2020.

As governmental entities with longstanding consumer-protection authority, including the authority to bring statewide law enforcement actions under California's Unfair Competition Law (UCL) and the False Advertising Law (FAL) on behalf of the People of the State of California, amici bring to bear an important perspective on the proposed settlement.  In their capacity as enforcement agencies, amici are currently litigating statewide UCL and FAL claims related to those implicated by the proposed settlement.  As a result, amici have a unique perspective on the adequacy of the settlement and its implications for other avenues of relief available to California consumers.  Courts routinely look to the views of governmental enforcement agencies like amici to inform their consideration of proposed settlements; such "government bodies . . . have the class-oriented goal of ensuring that class members receive fair, reasonable, and adequate

---

[1] The parties have informed amici that they do not oppose amici's Motion for Leave to File but have not indicated a position on amici's Motion for Leave to Participate in Argument.

3

THE OFFICES OF THE LOS ANGELES CITY ATTORNEY AND COUNTY COUNSEL, COUNTY OF SANTA CLARA'S
NOTICE, MOT., & MEMO ISO LEAVE TO FILE BRIEF OF AMICI CURIAE AND PARTICIPATE IN ARGUMENT
No.  3:19-cv-02546-CRB

compensation for any injuries suffered." Barbara J. Rothstein and Thomas E. Willging, Federal Judicial Center, Managing Class Action Litigation: A Pocket Guide for Judges, 17 (3d ed. 2010). Given amici's expertise in the subject matter at issue here, amici are well-positioned to assist this Court's evaluation of the proposed settlement. And amici's input is especially useful because, to date, no other entity has opposed the proposed settlement, and the Court will not otherwise have occasion to consider the issues raised by amici at this stage of the proceedings.

## II.   ARGUMENT

District courts have "broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), abrogated on other grounds by *Sandlin v. Conner*, 515 U.S. 472 (1995). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, Ltd. Liab. Co.*, 355 F. Supp. 2d 1061, 1067-68 (N.D. Cal. 2005) (internal citations and quotations omitted). And in evaluating class action settlements in particular, courts often look to the views of enforcement entities like amici. *See, e.g.*, 4 Newberg on Class Actions § 13:26 (5th ed. 2020) (noting that courts "routinely permit" government entities to appear as amici in settlement approval proceedings); *Wilson v. DirectBuy, Inc.*, No. 3:09-CV-590, 2011 WL 2050537, *9 (D. Conn. May 16, 2011) (noting the relevance of brief of attorneys general, which it "finds . . . especially helpful and views . . . as a placeholder for many absent class members' objections"); *Figueroa v. Sharper Image Corp.*, 517 F. Supp. 2d 1292, 1328 (S.D. Fla. 2007) (considering views of attorneys general and finding they counsel against approval of proposed settlement). Indeed, the Federal Judicial Center urges courts to consider allowing such entities "to participate actively in the fairness hearing." Managing Class Action Litigation at 17.

Amici's participation in these proceedings would provide this Court with the benefit of a perspective reflecting the expertise of governmental UCL and FAL enforcement agencies. Amici have prosecuted and engaged in settlement discussions in many complex enforcement actions,

and have extensive experience negotiating with and litigating against businesses that employ unfair or deceptive business practices.  In addition, part of amici's mission is to attempt to ensure adequate remedies for harms caused by violations of California's consumer protection laws.

Amici are also deeply steeped in the subject matter at issue here.  LACA is currently litigating an action under the UCL targeting many of the same unfair and unlawful business practices alleged in this matter.  SCCC is currently engaged in an FAL action alleging claims broader than, but overlapping with, those implicated by the proposed settlement.[2]  As a result, our Offices have devoted considerable time and resources to evaluating the claims at issue here, their strength, and the remedies available to consumers.  Amici seek to share their views of the proposed settlement at this stage of the proceedings in the hope of promoting both judicial efficiency and full and fair relief to the class.

In addition to the Proposed Brief submitted with this Motion, amici believe that their participation at argument will be both helpful and minimally disruptive.[3]  Given the "real dangers in the negotiation of class action settlements of compromising the interests of class members," *Staton v. Boeing Co.*, 327 F.3d 938, 959 (9th Cir. 2003), amici's robust participation in the settlement approval proceedings here is particularly important.  Amici address issues that will not otherwise be raised or argued.  Despite plain and significant issues with the proposed settlement, *see* [Proposed] Amicus Brief at 3-11, to date, no other objections to its adequacy have been submitted.[4]  As a result, without amici's participation, the Court may not have the opportunity to fully explore the adequacy of the settlement.

---

[2] These actions have been consolidated in the Los Angeles County Superior Court as the *TurboTax Free Filing Cases* (Super Ct. L.A. County, 2019, No. JCCP 5067). While amici are, in their own litigation, the recipients of confidential information, no such information was used in the development of the content of any submission to this Court.

[3] If permitted to participate in argument, amici would plan to address any additional points raised by proponents of the settlement after the filing of their brief and questions that the Court has about its adequacy; amici would not seek to reargue the points set out in the Proposed Brief.

[4] As noted in the Proposed Brief attached hereto, it is possible that other governmental entities have similar concerns, [Proposed] Amicus Brief at 12, n. 14, but have been unable to submit those concerns to the Court on the timeline set out in the Court's November 24, 2020 Order.

### III. CONCLUSION

For the foregoing reasons, this Court should grant both amici's Unopposed Motion for Leave to Submit the Proposed Amicus Brief and amici's Motion to Participate in Argument.

Respectfully submitted,

Dated: November 30, 2020

OFFICE OF THE LOS ANGELES CITY ATTORNEY

By:   */s/ Danielle L. Goldstein*
MICHAEL N. FEUER (SBN 111529)
Los Angeles City Attorney
Kathleen Kenealy (SBN 212289)
Michael J. Bostrom (SBN 211778)
Danielle L. Goldstein (SBN 257486)
Adam R. Teitelbaum (SBN 310565)*
200 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1882
Email: danielle.goldstein@lacity.org

*N.D. Cal. admission pending*

*Attorneys for Amicus Curiae*
LOS ANGELES CITY ATTORNEY'S OFFICE

*/s/ Susan P. Greenberg*
JAMES R. WILLIAMS (SBN 271253)
Greta S. Hansen (SBN 251471)
Tony LoPresti (SBN 289269)
Aaron Bloom (SBN 281079)
Susan P. Greenberg (SBN 318055)
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: susan.greenberg@cco.sccgov.org

*Attorneys for Amicus Curiae*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA

### ATTESTATION

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: November 30, 2020            */s/ Danielle L. Goldstein*