MICHAEL N. FEUER, Los Angeles City Attorney (SBN 111529)
Kathleen Kenealy, Chief Deputy City Attorney (SBN 212289)
Michael J. Bostrom, Assistant City Attorney (SBN 211778)
Danielle L. Goldstein, Deputy City Attorney (SBN 257486)
Adam R. Teitelbaum, Deputy City Attorney (SBN 310565)
OFFICE OF THE LOS ANGELES CITY ATTORNEY
200 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1868
Email: danielle.goldstein@lacity.org

*Attorneys for Amicus Curiae*
LOS ANGELES CITY ATTORNEY'S OFFICE

JAMES R. WILLIAMS, Santa Clara County Counsel (SBN 271253)
Greta S. Hansen, Chief Assistant County Counsel (SBN 251471)
Tony LoPresti, Assistant County Counsel (SBN 289269)
Aaron Bloom, Deputy County Counsel (SBN 281079)
Susan P. Greenberg, Deputy County Counsel (SBN 318055)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: susan.greenberg@cco.sccgov.org

*Attorneys for Amicus Curiae*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTUIT FREE FILE LITIGATION | Case No. 3:19-cv-02546-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE OF THE OFFICE OF THE LOS ANGELES CITY ATTORNEY AND THE OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA, OPPOSING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**<br><br>Date: December 17, 2020<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

This Matter came before the Court on the Offices of the Los Angeles City Attorney and the County Counsel, County of Santa Clara's Motion for Leave to File Brief of Amici Curiae in Opposition to the Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Having reviewed the Motion, and for good cause shown, *see Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) ("The district court has broad discretion to appoint amici curiae."), the Court hereby GRANTS the Motion and ORDERS that the [Proposed] Brief of Amici Curiae the Office of the Los Angeles City Attorney and the Office of the County Counsel, County of Santa Clara in Opposition to the Plaintiffs' Motion for Preliminary Approval of Class Action Settlement be deemed filed.

_____
The Honorable Judge Charles R. Breyer
United States District Judge