1  MICHAEL N. FEUER, Los Angeles City Attorney (SBN 111529)
   Kathleen Kenealy, Chief Deputy City Attorney (SBN 212289)
2  Michael J. Bostrom, Assistant City Attorney (SBN 211778)
   Danielle L. Goldstein, Deputy City Attorney (SBN 257486)
3  Adam R. Teitelbaum, Deputy City Attorney (SBN 310565)
   OFFICE OF THE LOS ANGELES CITY ATTORNEY
4  200 North Spring Street, 14th Floor
   Los Angeles, CA 90012
5  Telephone: (213) 978-1868
   Email: danielle.goldstein@lacity.org
6
   *Attorneys for Amicus Curiae*
7  LOS ANGELES CITY ATTORNEY'S OFFICE

8  JAMES R. WILLIAMS, Santa Clara County Counsel (SBN 271253)
   Greta S. Hansen, Chief Assistant County Counsel (SBN 251471)
9  Tony LoPresti, Assistant County Counsel (SBN 289269)
   Aaron Bloom, Deputy County Counsel (SBN 281079)
10 Susan P. Greenberg, Deputy County Counsel (SBN 318055)
   OFFICE OF THE COUNTY COUNSEL
11 70 West Hedding Street, East Wing, Ninth Floor
   San José, California 95110-1770
12 Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
13 Email:  susan.greenberg@cco.sccgov.org

14 *Attorneys for Amicus Curiae*
   OFFICE OF THE COUNTY COUNSEL
15 COUNTY OF SANTA CLARA

16

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE INTUIT FREE FILE LITIGATION | Case No. 3:19-cv-02546-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE OFFICE OF THE LOS ANGELES CITY ATTORNEY AND THE OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA, FOR LEAVE TO PARTICIPATE IN ARGUMENT**<br><br>Date: December 17, 2020<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

1  
2  
3  
4  
5  
6  
7  
8  
9  

      This Matter came before the Court on the Motion of the Offices of the Los Angeles City Attorney and the County Counsel, County of Santa Clara's Leave to Participate in Argument on Plaintiffs' Motion for Preliminary Approval.  Having reviewed the Motion, and for good cause shown, *see Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) ("The district court has broad discretion to appoint amici curiae."), the Court hereby GRANTS the Motion and ORDERS that the Office of the Los Angeles City Attorney and the Office of the County Counsel, County of Santa Clara shall be permitted to participate in the hearing before this Court on Plaintiffs' Motion for Preliminary Approval.

10  
11  
12  

                                                                _____  
                                                   The Honorable Judge Charles R. Breyer  
                                                   United States District Judge

13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28