1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE INTUIT FREE FILE LITIGATION

This Document Relates to: All Actions

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:   3:19-cv-02546-CRB

**[PROPOSED] ORDER GRANTING**
**PROPOSED INTERVENORS'**
**MOTION TO INTERVENE AND**
**DENYING MOTION FOR**
**PRELIMINARY APPROVAL**

**Judge:**        Hon. Charles R. Breyer

1    Proposed Intervenors Sabrina Alvey, Arlan Ashcraft, Mary Backes, Sandra Childress,

2    Megan Mairs, Amber Millikan, Christy Mueller, Scott Siebert, and Tiffany Whatley have moved

3    to intervene in this putative class action and oppose the parties' proposed class settlement.

4    Intervenors argue that the parties' proposed settlement will impair their right to arbitration under

5    Intuit's Terms of Service, and that they are not adequately represented by interim class counsel or

6    Intuit.  Intervenors further argue that the proposed settlement violates Intervenor's contractual and

7    statutory rights, that the parties' proposed class cannot be certified under Federal Rule of Civil

8    Procedure 23, and that the proposed settlement is not fair, adequate and reasonable.

9    This Court has considered the motion and supporting papers, opposition, reply, counsels'

10   arguments, and any other material properly before the Court.  The Court concludes that Intervenors

11   have a significant protectable interest in the subject of this action; that the disposition of this action

12   might "impair or impede" their ability to protect that interest; that their application is timely; and

13   that the class representatives and Intuit do not adequtely represent Intervenors' interest.  The Court

14   further holds that the parties' proposed settlement agreement violates Intervenors' contractual and

15   statutory rights, and does not meet the requirements of Federal Rule 23.

16   Accordingly, for good cause shown,

17   IT IS ORDERED that the motion to intervene is GRANTED.

18   IT IS FURTHER ORDERED that the motion for preliminary approval is DENIED.

19

20

21   Dated: _____

22   Charles R. Breyer
     United States District Judge

23

24

25

26

27

28