December 14, 2020

*By ECF Filing and Overnight Mail*

Hon. Charles R. Breyer
450 Golden Gate Avenue
San Francisco Courthouse, Courtroom 6
San Francisco, CA 94102

Re:     <u>In re Intuit Free File Litigation</u>, No. 3:19-cv-02546 (N.D. Cal.)

Judge Breyer,

We represent the Attorneys General of the States of New York, Tennessee, Florida, Illinois, New Jersey, North Carolina, Pennsylvania, Texas and Washington.

On December 7, 2020, Intuit filed its Opposition to Motion to Intervene and Motion for Leave to File Brief of Amici Curiae, ECF No. 189. In its Opposition, Intuit twice remarks that the State Attorneys General have not intervened in this action or objected to the settlement. *See* ECF No. 189 at 9, 21. CAFA does not impose any affirmative obligations on government officials who receive notice. *See* 28 U.S.C. § 1715(f). Therefore the Attorneys General note that a lack of affirmative action taken by the Attorneys General does not indicate approval of this settlement.

Respectfully submitted,

/s/ Joel Marrero
Joel Marrero
(CA Bar # 275601)
Assistant Attorney General
New York State Office of the Attorney General
(212) 416-8097
Joel.Marrero@ag.ny.gov

Clark Russell
Deputy Bureau Chief
Bureau of Internet and Technology
New York State Office of the Attorney General
(212) 416-8433
Clark.Russell@ag.ny.gov

Hon. Charles R. Breyer
Dec. 14, 2020
*In re Intuit Free File Litigation*, No. 3:19-cv-02546 (N.D. Cal.)

Joseph P. Mueller
Assistant Attorney General
Bureau of Consumer Frauds and Protection
New York State Office of the Attorney General
(212) 416-8321
Joseph.Mueller@ag.ny.gov

Travis Brown
Assistant Attorney General
Consumer Protection Division
Public Protection Section
Office of the Tennessee Attorney General
(615) 741-3533
Travis.Brown@ag.tn.gov

/s/ Patrice Malloy
Patrice Malloy
Bureau Chief
State of Florida
Office of the Attorney General
Multistate & Privacy Bureau
(954) 712-4600
Patrice.Malloy@myfloridalegal.com

Robert N. Holup
Deputy Attorney General
State of New Jersey
973-648-7819
Robert.Holup@law.njoag.gov

/s/ Daniel Edelstein
Daniel Edelstein
Assistant Attorney General
State of Illinois
312-814-7130
dedelstein@atg.state.il.us

/s/ Daniel P. Mosteller
Daniel P. Mosteller
Special Deputy Attorney General
State of North Carolina
(919) 716-6026
Dmosteller@ncdoj.gov

/s/ Erin Grotheer
Erin Grotheer
Assistant Attorney General
State of Illinois
312-814-4424
egrotheer@atg.state.il.us

2

Hon. Charles R. Breyer
Dec. 14, 2020
*In re Intuit Free File Litigation*, No. 3:19-cv-02546 (N.D. Cal.)

/s/ Timothy R. Murphy
Timothy R. Murphy
Deputy Attorney General
Commonwealth of Pennsylvania
215.560.2446
tmurphy@attorneygeneral.gov

/s/ Patrick Abernethy
Patrick Abernethy
Assistant Attorney General
Consumer Protection Division
Office of the Texas Attorney General
512-475-4757
Patrick.Abernethy@oag.texas.gov

/s/ Zachary Berg
Zachary Berg
Assistant Attorney General
Consumer Protection Division
Office of the Texas Attorney General
512-475-4288
Zachary.Berg@oag.texas.gov

/s/ Katharine Barach
KATHARINE BARACH
Assistant Attorney General
State of Washington
Consumer Protection Division
Office of the Attorney General
800 5th Avenue, Suite 2000
Seattle, WA 98104
206-389-3974
kate.barach@atg.wa.gov