IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE ARENA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTUIT INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02546-CRB<br><br>**ORDER DENYING MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |

Having considered the briefs and counsel's arguments, and having given the matter further consideration following the hearing, the Court hereby DENIES Plaintiffs' Motion for Preliminary Approval (dkt. 162). An opinion will follow in due course.

**IT IS SO ORDERED.**

Dated: December 17, 2020

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge