Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com

Norman E. Siegel (*pro hac vice*)
Austin Moore (*pro hac vice*)
Jillian Dent (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
siegel@stuevesiegel.com
moore@stuevesiegel.com
dent@stuevesiegel.com

*Co-Lead Interim Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE INTUIT FREE FILE LITIGATION<br><br>This Document Relates To:<br>All Actions | Case No. 3:19-cv-02546-CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Andrew Dohrmann, Joseph Brougher, and Monica Chandler hereby voluntarily dismiss all claims against Defendant Intuit Inc. and this entire action with prejudice. Defendant has not served an answer or motion for summary judgment in this case, and the Court has not certified a class. Therefore, dismissal is appropriate without a court order. Fed. R. Civ. P. 41(a)(1) (permitting unilateral voluntary dismissal without court approval until Defendant files an answer or a motion for summary judgment); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for certified classes).

Dated: May 26, 2021                               Respectfully submitted,

By: /s/ *Daniel C. Girard*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com

Norman E. Siegel (*pro hac vice*)
Austin Moore (*pro hac vice*)
Jillian Dent (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
siegel@stuevesiegel.com
moore@stuevesiegel.com
dent@stuevesiegel.com

*Co-Lead Interim Counsel*