Roberto Anguizola (IL Bar No. 6270874)
Frances Kern (MN Bar No. 395233)
Rebecca Plett (VA Bar No. 90988)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **In re Intuit Free File Litigation**<br><br>This document relates to:<br>All actions (listed in full below) | Nos. 19-cv-2546 (lead case)<br>19-cv-2566<br>19-cv-2567<br>19-cv-2666<br>19-cv-2742<br>19-cv-2878<br>19-cv-3460<br>19-cv-3745<br>19-cv-5823<br>20-cv-1908 |
| **Federal Trade Commission**,<br><br>        Plaintiff,<br><br>  v.<br><br>**Intuit Inc.**,<br><br>        Defendant. | No.   5:22-cv-1973<br><br>**Administrative Motion to Consider Whether Cases Should be Related** |

The Federal Trade Commission respectfully files this Administrative Motion to Consider Whether Cases Should be Related. In support of this Administrative Motion, the FTC states the following:

1. *Federal Trade Commission v. Intuit Inc.*, No. 5:22-cv-1973, filed today, may be related to the class actions consolidated under *In re Intuit Free File Litigation* (listed in full below).

2.      The *In re Intuit Free File Litigation* class actions involve allegations of unfair and deceptive business practices by Defendant Intuit Inc. These include allegations related to Intuit's advertising for TurboTax. *See generally* Consolidated Class Action Complaint, *In re Intuit Free File Litigation*, No. C19-2546 (N.D. Cal. filed Sept. 13, 2019), ECF No. 80.

3.      *Federal Trade Commission v. Intuit Inc.*, No. 5:22-cv-1973, is an action brought by the FTC under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), for a temporary restraining order and preliminary injunction enjoining Inuit from engaging in many of the same deceptive acts or practices alleged in the *In re Intuit Free File Litigation* class actions. Thus, these actions concern substantially the same transactions or events. *See* L.R. 3-12(a)(1).

4.      It also appears likely that there would be an unduly burdensome duplication of judicial labor if the cases are conducted before different Judges, as Judge Breyer has already become well acquainted with the facts underlying both the class actions and the FTC action. *See* L.R. 3-12(a)(2).

5.      The full list of actions consolidated in *In re Intuit Free File Litigation* are:

    a)    *Arena v. Intuit Inc.*, No. 19-cv-2546

    b)    *Dohrmann v. Intuit Inc.*, 19-cv-2566

    c)    *Allwein v. Intuit Inc.*, 19-cv-2567

    d)    *Nichols v. Intuit Inc.*, 19-cv-2666

    e)    *Kehiaian v. Intuit Inc.*, 19-cv-2742

    f)    *Leon v. Intuit Inc.*, 19-cv-2878

    g)    *Cook v. Intuit Inc.*, 19-cv-3460

    h)    *McConnaughey v. Intuit Inc.*, 19-cv-3745

    i)    *Ostrovsky v. Intuit Inc.*, 19-cv-5823

    j)    *Williams v. Intuit Inc.*, 20-cv-1908

Accordingly, the FTC respectfully requests that the Court consider whether the cases listed above should be related to *Federal Trade Commission v. Intuit Inc.*, No. 5:22-cv-1973.

Dated: March 28, 2022

Respectfully submitted,

/s/ James Evans

**Roberto Anguizola**, IL Bar No. 6270874
**Frances Kern**, MN Bar No. 395233
**Rebecca Plett**, VA Bar No. 90988
**James Evans**, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff
Federal Trade Commission**