1  Robert Salgado (SBN 297391)
   DAVIS & NORRIS, LLP
2  5755 Oberlin Dr. Suite 301
   San Diego, CA 92121
3  Phone: 858-333-4103
4  Fax Number:  205-930-9989
   Email:  rsalgado@davisnorris.com
5
6  Dargan Ware (SBN 329215)
   John E. Norris (pro hac vice anticipated)
7  Andrew Wheeler-Berliner (SBN 290495)
   DAVIS & NORRIS, LLP
8  2154 Highland Avenue South
   Birmingham, Alabama 35205
9  Telephone; 205.930.9900
   dware@davisnorris.com
10 jnorris@davisnorris.com
   andrew@davisnorris,com
11

12

13                   **UNITED STATES DISTRICT COURT**

14           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                                          )  Case No.:     19-cv-2546 (lead case)
   **In re INTUIT FREE FILE LITIGATION**    )                19-cv-2566
16                                          )                19-cv-2567
   This document relates to:                )                19-cv-2666
17 All Actions (listed in full below)       )                19-cv-2742
                                            )                19-cv-2878
18                                          )                19-cv-3460
                                            )                19-cv-3745
19                                          )                19-cv-5823
                                            )                20-cv-1908
20                                          )
                                            )  Case No.:    __3:22-cv-02486_____
21                                          )
                                            )  **NOTICE OF PENDENCY OF OTHER**
22                                          )  **ACTIONS OR PROCEEDINGS**
                                            )
23 _____ )
   792 Individual Consumers,                )
24                                          )
                          Plaintiffs,        )
25 vs.                                       )
                                            )
26                                          )
   Intuit, Inc.,                            )
27                                          )
                          Defendant.         )
28 _____ )
   ///

1    Plaintiffs, the Individual Consumers, give notice that this action involves a material part of

2  the same subject matter and substantially all of the same parties (as defendant or respondent) as two

3  other actions which are pending in other fora.

4      A. **792 Individual Consumers v. Intuit, Inc.**, 3:22-cv-02486, Northern District of

5          California, San Francisco (filed on 4/22/2022).

6       The original matters are currently pending in arbitration before the American Arbitration

7  Association (AAA).  The arbitration demands are substantially similar to the complaint filed in this

8  Court. The actions are related because the 792 individual consumers seek to hold Intuit accountable

9  for its fraudulent marketing of "free" TurboTax products with the intent to lure customers to

10 TurboTax with promises of free tax returns and then funneling them into paid products.  However,

11 the pending action filed on 4/22/2022 is a Complaint to Compel Arbitration that is asking this court

12 to take jurisdiction over the actions pending in arbitration and order that arbitrators be considered

13 court-appointed for the purpose of Cal. Code Civ. Proc. § 1281.91.  There is no need to coordinate

14 because the two actions are intended to serve their own purposes under the Federal Arbitration Act,

15 9 U.S.C. §§ 1 eq seq.

16      B. **People of the State of California v. Intuit Inc.**, Docket No. 19STCV15644 (Cal. Super.

17 Ct., Los Angeles, filed May 6, 2019)

18      C. **People of the State of California v. Intuit Inc.**, Docket No. 19CV354178 (Cal. Super.

19 Ct., Santa Clara, filed Sept. 6, 2019)

20      D. **TurboTax Free Filing Cases**, Docket No. JCCP5067 (Cal. Super. Ct., Los Angeles,

21 filed Nov. 25, 2019)

22      E. **Federal Trade Commission v. Intuit Inc.**, Docket No. 22-cv-1973 (Cal. Northern

23 District Court (filed March 28, 2022).

24      The first two California state court cases listed above are coordinated under the third listed

25 docket. These cases are suits brought in the name of the People of the State of California by the

26 Office of the Los Angeles City Attorney and the Office of the Santa Clara County Counsel. The

27 actions are related because the complaints in these cases allege violations of the California Business

28 and Professions Code arising from much of the same conduct that gives rise to the 792 Individual

1   Consumer arbitration complaints and the complaint filed in this Court.  The fourth case is an

2   administrative complaint seeking a temporary restraining order and prelminary injunction to prevent

3   interim harm to consumers during the pendency of an administrative trial on the merits in the FTC

4   action.

5       These cases and the 792 Individual Consumer matters are all consumer protection actions

6   against Intuit. There is no need to coordinate because: 1) the actions are brought by individuals as

7   opposed to government agencies, 2) seek redress under different statutes, and 3) the cases are at

8   different stages.

9

Dated: 5/19/2022                                   /s/      Robert B. Salgado
10                                                           Robert B. Salgado
                                                             Attorney for Plaintiffs
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28